# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re <br><br> STANFORD INTERNATIONAL BANK, LTD., <br><br> Debtor in a Foreign Proceeding. | Chapter 15 <br><br> Case No. 03-09-CV-0721-N |

## APPENDIX TO RECEIVER'S RESPONSE TO AND OBJECTIONS TO PETITION FOR RECOGNITION OF FOREIGN MAIN PROCEEDING PURSUANT TO CHAPTER 15 OF THE BANKRUPTCY CODE

Kevin M. Sadler, Lead Attorney
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Robert I. Howell
Texas Bar No. 10107300
robert.howell@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
Tel: 512.322.2500
Fax: 512.322.2501

Timothy S. Durst
Texas Bar No. 00786924
tim.durst@bakerbotts.com
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Tel: 214.953.6500
Fax: 214.953.6503

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

# INDEX

| | |
|---|---|
| Exhibit A | Letter from Nigel Hamilton-Smith & Peter Wastell, Liquidators of SIB dated 13 May 2009 |
| Exhibit B | Declaration of Ralph Steven Janvey |
| RSJ-1 | Ralph Steven Janvey Curriculum Vitae |
| RSJ-2 | Summary of SIB's Antiguan personnel prepared by Stanford human resources managers from Stanford business records |
| RSJ-3 | Collection of Stanford inter-company service agreements |
| RSJ-4 | Pages from Mr. Hamilton-Smith's 15 May 2009 affidavit in the English proceeding |
| RSJ-5 | Antiguan Judgment of 17 April 2009 |
| RSJ-6 | EarthTrends printout regarding Antiguan economic statistics for 1997-2000 |
| RSJ-7 | CIA Fact Sheet for Antiguan GDP for 2006-2008 |
| RSJ-8 | Affidavit of Paul Ashe of the FSRC filed in Antiguan action |
| RSJ-9 | Fax correspondence between the Stanford general counsel and the FSRC regarding how the FSRC should respond to the East Caribbean Central Bank's inquiries regarding SIB |
| RSJ-10 | September 2006 draft of the FSRC's proposed reply to an inquiry made by the SEC |
| RSJ-11 | Personal note from the FSRC administrator Leroy King with accompanying documents. |
| RSJ-12 | $40 million loan agreement |
| RSJ-13 | Letter from Antiguan government proposing agreement to grant development rights in return for Stanford's forgiveness of the EC$300 million debt dated 15 December 2008 |

| RSJ-14 | Antiguan parliamentary resolution authorizing the expropriation of Stanford lands |
|---|---|
| RSJ-15 | Daniel E. Roffman affidavit in the Canadian recognition proceeding dated 15 April 2009 |
| RSJ-16 | Letter from Julie Himo, the Liquidators' Canadian counsel to William Stutts dated 15 April 2009 |
| RSJ-17 | Pages from Nigel John Hamilton-Smith's English Second Affidavit |
| RSJ-18 | Documents showing SIB with U.S. business address |
| RSJ-19 | Regulatory filings |
| RSJ-20 | Antigua and Barbuda International Business Corporations Act, Cap. 222, As Amended 1999-2005 |
| RSJ-21 | Stanford Form for Additional Deposits (STAN P DOJ_0031499 - STAN P DOJ_0031500) |
| Exhibit C | Declaration of Karyl Van Tassel |
| KVT-1 | Resume of Karyl Van Tassel |
| KVT-2 | Stanford Entity employees interviewed by FTI |
| KVT-3 | SIB's Training and Marketing Manual |
| KVT-4 | A 2007 internal SIB audit report 1st and 2nd Quarter |
| KVT-5 | Collection of email correspondence within Ms. Maldonado's Houston Treasury group showing group's management and handling of SIB's cash |
| KVT-6 | Statement showing transfer of monies from U.S. and Canada in November and early December 2008 |
| KVT-7 | Email from Jim Davis instructing Patricia Maldonado to wire transfer $6 million of the $9 million to Bank of Antigua account dated |

|        |                                                                                                                              |
|--------|------------------------------------------------------------------------------------------------------------------------------|
|        | 12 November 2008                                                                                                             |
| KVT-8  | A Stanford Financial Group schedule dated 30 June 2008 listing Tier 3 merchant banking assets                                |
| KVT-9  | An internal Stanford schedule listing past uses of SIB funds supporting Allen Stanford's note receivable liability to SIB in the amount of $1.844 billion |
| KVT-10 | Schedule of payroll figures                                                                                                  |
| KVT-11 | Stanford 2008 budget                                                                                                         |
| KVT-12 | Audit of SIBL 3Q04                                                                                                           |
| KVT-13 | Stanford Audit Report No. 07-19 4th Quarter 2006                                                                             |
| KVT-14 | Audit of SIBL 1Q06                                                                                                           |
| KVT-15 | Financial Week online article titled, "Allen Stanford's offshore audit firm asks: Allen Who?" dated 23 February 2009         |
| KVT-16 | Transcript of a video of Allen Stanford addressing Stanford financial advisers (*i.e.* brokers) in Miami in October 2008     |
| KVT-17 | 12 February 2009 letter from Allen Stanford                                                                                  |
| KVT-18 | Email string, dated 11 November 2008, between a financial adviser and Laura Pendergest Holt                                  |
| KVT-19 | Stanford Annual Report 2007                                                                                                  |
| KVT-20 | Transcript of a 2006 marketing video entitled "SFG Corporate Video" in which Allen Stanford explains Stanford Financial Group |
| KVT-21 | A press release regarding "Stanford Financial Group's CEO R. Allen Stanford['s]" donation of $100,000 to a Dallas, Texas charity dated 31 March 2004 |
| KVT-22 | SIB marketing and informational materials                                                                                    |