# KVT-7

**Patlan, Tarrie**

| | |
|---|---|
| **From:** | Davis, James |
| **Sent:** | Wednesday, November 12, 2008 12:31 PM |
| **To:** | Maldonado, Patricia |
| **Cc:** | Patlan, Tarrie; Lopez, Gil |
| **Subject:** | RE: SIBL Cash Balances (TXT Format) |
| | |
| **Categories:** | SIBL, Wire |

*D. Cort*
*D. Williams*
*J. Davis*
*G. Lopez*
*O. Osbourne*

Xfer, val tomorrow, Nov 13th, 6mm USD from an account below to the SIB USD a/c at BofAnu.

JMD

-----Original Message-----
From: Maldonado, Patricia
Sent: Tuesday, November 11, 2008 4:09 PM
To: Davis, James
Cc: Patlan, Tarrie
Subject: FW: SIBL Cash Balances (TXT Format)

Please see positions today.  Tarrie will update me on client outgoings for tomorrow.  We are moving funds from Comerica 10MM tomorrow and will most likely drawn down on CAN and GBP positions next.  When can we get some relief from second tier?

Regards,
Patricia C. Maldonado
Treasury Manager
Stanford Financial Group

-----Original Message-----
From:  Patlan, Tarrie
Sent:   Tuesday, November 11, 2008 12:05 PM Central Standard Time
To:     Maldonado, Patricia
Subject:    SIBL Cash Balances (TXT Format)


CASH REPORT

Monday, November 10, 2008


BANK BAL

BOA - XCD      65,818


1


687

# KVT-8

| Investment | Pro-Forma Valuation | Invested Amount SIBL | Invested Amount SVCH | Invested Amount SFG | Total Invested Amount |
|---|---|---|---|---|---|
| Elandia Solutions Inc. | $ 371,722,760 | $ 109,505,561 | $ 50,076,176 | $ - | $ 159,581,738 |
| American Leisure Grp, LTD | 150,700,000 | 66,387,641 | | | 66,387,641 |
| Forefront Holdings, Inc. | 40,000,000 | 38,193,425 | 10,845,570 | 6,115,000 | 55,153,995 |
| Spring Creek Ranch et al | 50,000,000 | 41,578,442 | 41,578,442 | | 41,578,442 |
| Health Sys Solutions, Inc | 80,000,000 | 11,001,601 | 16,006,223 | | 27,007,824 |
| DGSE Companies, Inc. | 64,000,000 | | 24,743,522 | | 24,743,522 |
| USFR Media Group | 70,000,000 | 4,220,412 | 20,251,593 | | 24,472,005 |
| The Ultimate Gift Experience[1] | 40,000,000 | | $14,233,085 | | 14,233,085 |
| Phoenix Bay, Inc | 18,000,000 | | 13,630,000 | | 13,630,000 |
| Hisense Broadband Multimedia | 79,000,000 | 9,217,500 | | | 9,217,500 |
| Golden Financial Services | 8,600,000 | | 8,630,443 | | 8,630,443 |
| Senseco Technologies, Inc. | 31,000,000 | | 8,084,567 | | 8,084,567 |
| Caribbean Leisure Mkting LTD | 2,200,000 | | 7,813,174 | | 7,813,174 |
| State Petroleum | 7,000,000 | 7,000,000 | | | 7,000,000 |
| Lumitek Corporation | 56,000,000 | 6,416,281 | 6,227,251 | | 6,416,251 |
| Dealer Advance Inc. | 6,227,000 | | 6,227,251 | | 6,227,251 |
| Reignmaker Communications | 2,790,000 | 6,070,134 | | | 6,070,134 |
| Greystone Pharmaceuticals | 5,880,000 | | 5,889,393 | | 5,889,393 |
| GoAntiques, Inc.[2] | 38,000,000 | | 4,852,987 | 300,000 | 5,152,987 |
| Tree Top Kids, Inc. | 26,400,000 | 4,000,000 | | | 4,000,000 |
| KineMed Inc. | 7,200,000 | | 4,000,000 | | 4,000,000 |
| Cognigen Networks Inc. | 3,784,000 | | 3,784,394 | | 3,784,394 |
| Third Miracle | 2,577,000 | | 2,576,625 | | 2,576,625 |
| Panasteel Building Materials, Inc. | 2,450,000 | 2,450,000 | | | 2,450,000 |
| Running the Sahara | 1,600,000 | | 1,600,000 | | 1,600,000 |
| Majestic Inc. | 1,323,000 | 1,322,834 | | | 1,322,834 |
| The List | 500,000 | | 500,000 | | 500,000 |
| Midway CC Hotel Partners | 15,300,000 | | 15,300,000 | | 15,300,000 |
| Mountain Partners | 7,850,000 | 7,383,243 | | | 7,383,243 |
| Catalyst Investments II | 6,400,000 | | 6,000,010 | | 6,000,010 |
| Washington Nationals | 7,300,000 | 5,878,367 | | | 5,878,367 |
| ACON Project Millagro | 7,161,000 | 4,773,847 | | | 4,773,847 |
| Louisiana Ventures | 4,000,000 | 3,350,500 | | | 3,540,500 |
| ACON Bastion Partners II | 8,266,000 | 5,509,778 | | | 5,509,778 |
| AquaAgro | 3,800,000 | | 3,800,000 | | 3,800,000 |
| ACON Bastion Partners III | 3,879,000 | 2,586,207 | | | 2,586,207 |
| Memphis Bio-Med Venture II | 7,500,000 | | 2,100,000 | | 2,100,000 |
| Panorama | 2,200,000 | | 2,284,977 | | 2,284,977 |
| Diatect[3] | 500,000 | 500,000 | | | 500,000 |
| Infinity Israel-China Fund Partners | 150,000 | | 150,000 | | 150,000 |
| **SUBTOTAL** | $ 1,241,268,760 | $ 295,767,411 | $ 274,536,415 | $ 6,415,000 | $ 577,140,626 |

Notes:
1  Total invested amount does not agree to the Investment Portfolio Summary information for the Quarter Ended June 30, 2008.  The amount per the Summary is $14,63M.
2  Total invested amount does not agree to the Investment Portfolio Summary information for the Quarter Ended June 30, 2008.  The amount per the Summary is $5.233M.
3  The detail tabs do not denote the investing entity for the invested amount.  As such the entire balance, through 6/30/2008, of invested funds is included in the SIBL column.

**KVT-9**

Shareholder Funding, Assumption of debt and Notes Payable Acct.

As of 12/31/08 (Preliminary)



| Company | Assumption of debt to PIC / Reserve for Future Cap. Inversion | | | NIP Balance 01/01 2008 | Total InterCo Funding Adjust | Total |
|---|---|---|---|---|---|---|
| | Total 2005/2007 | Total 2008 | Total Assumption | NIP | | |
| **North America (Affiliated Companies)** | | | | | | |
| Stanford Financial Group Co. | | | | | | |
| Stanford Financial Group, Ltd. | | | | | | |
| Stanford Development Corporation | | | | | | |
| Stanford Venture Capital Holdings, Inc. | | | | | | |
| Stanford American Services Holding, Ltd | | | | | | |
| Stanford International Management Investment Ltd | | | | | | |
| **North America** | | | | | | |
| SFG Group Holdings, Inc. | | | | | | |
| **Antilles** | | | | | | |
| Stanford San Antilles Inc. | | | | | | |
| Ian Printing & Publishing, Ltd. | | | | | | |
| Caribbean Airports Landing (BVI), Ltd. | | | | | | |
| Caribbean Airline Services, Inc | | | | | | |
| CAS Holdings | | | | | | |
| **Caribbean** | | | | | | |
| Stanford Development Company Ltd. | | | | | | |
| Stanford Eagle | | | | | | |
| The Island Club, Ltd | | | | | | |
| Stanford Trust Co/tra | | | | | | |
| Stanford Aerospace | | | | | | |
| Stanford Antigua Ltd | | | | | | |
| 50 Venezuela A.I. | | | | | | |
| Stanford Antigua A.L. | | | | | | |
| Stanford (Venezuela) | | | | | | |
| Tierra Senza Nome | | | | | | |
| Stanford Corporate Services V2 | | | | | | |
| **Europe** | | | | | | |
| Stanford Group Suisse | | | | | | |
| **Other Holding co.** | | | | | | |
| SFC Global Management, LLC | | | | | | |
| Stanford Global Advisory, LLC | | | | | | |
| Christiansted Downtown Holdings, LLC | | | | | | |
| The Nubias Corp, LLC | | | | | | |
| Stanford Group Co., LLC | | | | | | |
| Stanford Caribbean Investments, LLC | | | | | | |
| Stanford CariBseas, LLC | | | | | | |
| **STNV & OTHER Holding co.** | | | | | | |
| Stanford Corporate Ventures, Ltd (SIV) | | | | | | |
| Stanford Corporate Services, Ltd (SIV) | | | | | | |
| Stanford Corporate Ventures, LLC | | | | | | |
| Stanford Group Ventures Ltd | | | | | | |

Less: Capital Markets event
Net total assumptions as due
Total 2008 SH Funding (p+q)

Note 1: Column includes adjustments to PIC/NIP due to investments transferred to SIBL to reduce A&S NIP and ...
Note 2: Re-capitalization was completed 11/08.
Note 3: Amount includes the 2004 transfer of assets to SIBL for $319.2 million and 2008 transfer of investments to SIBL for $57.? reducing the against PIC/NIP.



Shareholder Funding by Month 2007-2008



Shareholder Funding by Regions (incl. Airlines)

- Other Affiliated Companies
- North America
- Airlines
- Caribbean
- Europe
- Latin America
- Global
- STNV & Other Holding co.

SH Note

# KVT-10

**Comparison of SIB Salaries to Fees Paid Stanford Entities in US Territories**

|  | 2008 | 2007 |
|---|---|---|
| SIB Salaries and Benefits[1] | $ 3,589,494 | $ 3,512,748 |
|  |  |  |
| Management Fees to SFGGM[2] | $ 132,130,505 | 73,546,404 |
| Management Fees to SGA[3] | 42,218,734 | - |
| Referral Fee to SGC[4] | 94,523,080 | 77,786,218 |
| Total of Fees to US Entities | $ 268,872,319 | $ 151,332,622 |
|  |  |  |
| Salaries as a % of Fees | 1.3% | 2.3% |

*Alternative Numbers*

|  | 2008 | 2007 |
|---|---|---|
| SIB Salaries and Benefits[1] | $ 3,589,494 | $ 3,512,748 |
|  |  |  |
| Management Fees to SFGGM[1] | $ 178,204,567 | $ 142,669,711 |
| Referral Fee to SGC[4] | 94,523,080 | 77,786,218 |
| Total of Fees to US Entities | $ 272,727,647 | $ 220,455,929 |
|  |  |  |
| Salaries as a % of Fees | 1.3% | 1.6% |

Source:
1 - SIB's financial statements.
2 - Stanford Financial Group Global Management's financial statements. SFGGM provided marketing and management services for SIB.
3 - Stanford Global Advisory's financial statements. SGA provided portfolio management services for SIB.
4 - Stanford Group Company's financial statements. SGC served as the Stanford broker dealer and sold SIB CD's in the U.S.

# KVT-11

**STANFORD INTERNATIONAL BANK LIMITED**
**2008 Operating Plan - Projection**

**Parameters**

| | | |
|---|---|---|
| New Money | 1,000,000,000 | |
| Fixed Assets Growth | -1% | |
| Advances to Customers and Other Accounts | 1.18% | |
| Other Assets | 1.00% | |
| | | |
| Spread | 12.37% | |

| | Annual Rate | Monthly Rate | | 2007 Interest % | Interest Paid % | |
|---|---|---|---|---|---|---|
| Non-Interest Income % of Portfolio | 10.87% | 0.86% | Express | 1.95% | 1.95% | |
| Interest Income % of Portfolio | 1.50% | 0.13% | Performance | 6.32% | 6.32% | Increase Rates |
| Management Fee % of Client Deposits | 0.00% | 0.00% | FlexCD | 7.18% | 7.43% | 0.25% |
| | | | FixedCD | 7.73% | 7.98% | 0.25% |
| | | | ILCD | 5.62% | 6.62% | 1.00% |

**Plan 2008**

| | Dec-06 | Dec-07 | Jan-08 | Feb-08 | Mar-08 | Apr-08 | May-08 | Jun-08 | Jul-08 | Aug-08 | Sep-08 | Oct-08 | Nov-08 | Dec-08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| Cash and Deposits with Other Banks | $322,887,340 | $487,022,367 | $360,922,230 | $345,828,234 | $330,597,417 | $314,692,229 | $298,540,024 | $281,949,564 | $264,057,514 | $246,588,361 | $228,663,165 | $210,113,338 | $191,210,418 | $171,848,903 |
| Investments at Fair Value | 4,935,651,097 | 6,418,482,319 | 6,559,956,405 | 6,702,712,010 | 6,846,760,743 | 6,992,114,317 | 7,138,784,553 | 7,286,783,376 | 7,436,122,822 | 7,586,815,035 | 7,738,872,268 | 7,892,306,886 | 8,047,131,366 | 8,203,358,297 |
| Advances to Customers and Other Accounts | 64,626,475 | 78,321,496 | 78,842,720 | 80,332,282 | 81,831,408 | 83,340,160 | 84,858,598 | 86,386,787 | 87,924,787 | 89,472,662 | 91,030,476 | 92,598,292 | 94,176,175 | 95,764,189 |
| Fixed Assets - growth of (1%) apr | 4,554,743 | 6,305,478 | 6,300,223 | 6,294,973 | 6,289,727 | 6,284,486 | 6,279,249 | 6,274,016 | 6,268,788 | 6,263,564 | 6,258,344 | 6,253,129 | 6,247,918 | 6,242,711 |
| Other Assets | 8,597,795 | 7,961,915 | 7,968,550 | 7,975,190 | 7,981,836 | 7,988,488 | 7,995,145 | 8,001,807 | 8,008,475 | 8,015,149 | 8,021,828 | 8,028,513 | 8,035,204 | 8,041,900 |
| **TOTAL ASSETS** | **$5,336,317,450** | **$6,998,093,575** | **$7,013,990,128** | **$7,143,142,689** | **$7,273,461,132** | **$7,404,419,679** | **$7,536,457,568** | **$7,669,395,550** | **$7,802,382,387** | **$7,937,154,771** | **$8,072,846,082** | **$8,209,300,158** | **$8,346,801,080** | **$8,485,256,000** |
| **LIABILITIES AND SHAREHOLDER'S EQUITY** | | | | | | | | | | | | | | |
| Client Deposits | 5,010,083,767 | 6,637,414,893 | 6,681,586,477 | 6,807,820,531 | 6,934,865,100 | 7,062,725,390 | 7,191,406,637 | 7,320,914,113 | 7,451,253,123 | 7,582,429,005 | 7,714,447,134 | 7,847,312,916 | 7,981,031,795 | 8,115,609,247 |
| Accounts Payable and Accruals | 14,930,485 | 21,350,260 | 17,546,290 | 17,628,068 | 17,953,729 | 18,282,211 | 18,612,375 | 18,945,176 | 18,594,588 | 18,917,977 | 19,245,460 | 19,575,162 | 19,906,747 | 20,240,830 |
| TOTAL LIABILITIES | 5,025,014,252 | 6,658,765,153 | 6,699,132,767 | 6,825,448,599 | 6,952,818,830 | 7,081,007,601 | 7,210,019,012 | 7,339,859,289 | 7,469,847,711 | 7,601,346,982 | 7,733,692,594 | 7,866,888,078 | 8,000,938,541 | 8,135,850,077 |
| SHAREHOLDER'S EQUITY | | | | | | | | | | | | | | |
| Share Capital Authorized | 10,000,000 | 10,000,001 | 10,000,001 | 10,000,002 | 10,000,003 | 10,000,004 | 10,000,005 | 10,000,006 | 10,000,007 | 10,000,008 | 10,000,009 | 10,000,010 | 10,000,011 | 10,000,012 |
| Share Premium Account - left fixed | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 | 103,500,000 |
| Retained Earnings - Prior Year | 168,953,830 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 | 197,803,197 |
| Current Year Results | 28,849,367 | 26,998,886 | 3,554,163 | 6,390,891 | 9,339,102 | 12,108,877 | 15,135,354 | 18,233,058 | 21,231,472 | 24,504,584 | 27,850,282 | 31,108,873 | 34,559,331 | 38,102,714 |
| TOTAL SHAREHOLDER'S EQUITY | 311,303,197 | 339,328,422 | 314,857,361 | 317,694,090 | 320,642,302 | 323,412,078 | 326,438,556 | 329,536,261 | 332,534,676 | 335,807,789 | 339,153,488 | 342,412,080 | 345,862,539 | 349,405,923 |
| **TOTAL LIABILITIES AND EQUITY** | **$5,336,317,449** | **$6,998,093,575** | **$7,013,990,128** | **$7,143,142,689** | **$7,273,461,132** | **$7,404,419,679** | **$7,536,457,568** | **$7,669,395,550** | **$7,802,382,387** | **$7,937,154,771** | **$8,072,846,082** | **$8,209,300,158** | **$8,346,801,080** | **$8,485,256,000** |
| **Income Statement Calculations** | | | | | | | | | | | | | | |
| Investment Income | | | 62,552,363 | 62,691,626 | 63,848,027 | 65,014,903 | 66,187,489 | 67,369,765 | 68,560,106 | 69,750,800 | 70,957,579 | 72,172,592 | 73,394,423 | 74,625,646 |
| Investment Interest Income | | | | | | | | | | | | | | |
| Interest Income Other | | | | | | | | | | | | | | |
| Other Income | | | 8,631,881 | 8,651,098 | 8,810,675 | 8,971,698 | 9,133,508 | 9,296,656 | 9,460,916 | 9,625,225 | 9,791,754 | 9,959,419 | 10,128,025 | 10,297,927 |
| | | | 71,184,244 | 71,342,724 | 72,658,702 | 73,986,600 | 75,320,997 | 76,666,421 | 78,021,022 | 79,376,026 | 80,749,333 | 82,132,011 | 83,522,448 | 84,923,573 |
| **Interest Expense** | | | | | | | | | | | | | | |
| Express Accounts | 2.18% | | 232,267 | 236,710 | 241,182 | 245,683 | 250,213 | 254,772 | 259,360 | 263,977 | 268,625 | 273,302 | 278,009 | 282,746 |
| Performance Accounts | 0.06% | | 19,743 | 20,120 | 20,501 | 20,883 | 21,268 | 21,656 | 22,046 | 22,438 | 22,833 | 23,231 | 23,631 | 24,033 |
| FlexCD | 24.84% | | 10,081,559 | 10,274,433 | 10,468,546 | 10,663,906 | 10,860,520 | 11,058,396 | 11,257,542 | 11,457,968 | 11,659,680 | 11,862,688 | 12,066,998 | 12,272,621 |
| FixedCD | 72.70% | | 31,681,763 | 32,287,881 | 32,897,890 | 33,511,816 | 34,129,684 | 34,751,519 | 35,377,347 | 36,007,192 | 36,641,083 | 37,279,043 | 37,921,099 | 38,567,278 |
| ILCD | 0.22% | | 80,045 | 81,576 | 83,117 | 84,668 | 86,229 | 87,801 | 89,382 | 90,973 | 92,575 | 94,186 | 95,809 | 97,441 |
| | 100.00% | | 42,095,376 | 42,900,721 | 43,711,236 | 44,526,956 | 45,347,914 | 46,174,143 | 47,005,676 | 47,842,549 | 48,684,795 | 49,532,449 | 50,385,545 | 51,244,119 |
| Management Fee calculation | | | 14,988,932 | 15,022,395 | 15,299,430 | 15,578,973 | 15,859,885 | 16,143,117 | 16,428,281 | 16,713,533 | 17,002,835 | 17,293,709 | 17,586,417 | 17,881,374 |
| Referral Fee calculation | | | 11,049,998 | 11,258,763 | 11,468,870 | 11,680,325 | 11,893,138 | 12,107,317 | 12,322,871 | 12,539,810 | 12,758,141 | 12,977,874 | 13,199,018 | 13,421,582 |
| | | | 26,038,930 | 26,281,158 | 26,768,299 | 27,259,297 | 27,753,022 | 28,250,434 | 28,751,153 | 29,253,343 | 29,760,776 | 30,271,583 | 30,785,436 | 31,302,957 |
| Gross Revenue | | | 3,049,939 | 2,160,845 | 2,179,167 | 2,200,347 | 2,220,061 | 2,241,844 | 2,264,193 | 2,280,134 | 2,303,762 | 2,327,979 | 2,351,467 | 2,376,497 |
| | | | 7.61% | 7.70% | 7.70% | 7.70% | 7.70% | 7.70% | 7.70% | 7.70% | 7.70% | 7.70% | 7.70% | 7.70% |

Client Deposit Balances

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aruba | 106,397,241 | 136,571,840 | 139,184,655 | 141,814,247 | 144,460,722 | 147,124,190 | 149,804,759 | 152,502,540 | 155,217,642 | 157,950,177 | 160,700,257 | 163,467,995 | 166,253,503 | 169,056,897 |
| Bolsa y Banca | | 5,577,570 | 5,684,277 | 5,791,669 | 5,899,751 | 6,008,526 | 6,118,000 | 6,228,177 | 6,339,061 | 6,450,658 | 6,562,971 | 6,676,004 | 6,789,764 | 6,904,254 |
| Casa | 15,833,829 | 15,103,526 | 15,392,478 | 15,683,285 | 15,975,960 | 16,270,514 | 16,566,959 | 16,865,307 | 17,165,571 | 17,467,763 | 17,771,896 | 18,077,981 | 18,386,031 | 18,606,059 |
| Luis | 58,040,967 | 62,710,796 | 63,910,543 | 65,117,994 | 66,333,197 | 67,556,204 | 68,787,062 | 70,025,824 | 71,272,539 | 72,527,259 | 73,790,036 | 75,060,920 | 76,339,965 | 77,627,222 |
| SGC | 1,952,659,114 | 2,591,017,784 | 2,640,587,673 | 2,690,475,838 | 2,740,684,322 | 2,791,215,181 | 2,842,070,485 | 2,893,252,319 | 2,944,762,777 | 2,996,603,970 | 3,048,778,023 | 3,101,287,071 | 3,154,133,266 | 3,207,318,773 |
| Panama | 16,402,146 | 21,568,008 | 21,980,635 | 22,395,912 | 22,813,854 | 23,234,481 | 23,657,808 | 24,083,853 | 24,512,633 | 24,944,167 | 25,378,471 | 25,815,564 | 26,255,463 | 26,698,187 |
| Peru | 28,382,994 | 49,456,116 | 50,402,282 | 51,354,524 | 52,312,879 | 53,277,388 | 54,248,090 | 55,225,025 | 56,208,232 | 57,197,752 | 58,193,625 | 59,195,893 | 60,204,596 | 61,219,776 |
| SFGC | 67,579,009 | 74,258,250 | 75,678,917 | 77,108,706 | 78,547,675 | 79,995,883 | 81,453,390 | 82,920,255 | 84,396,538 | 85,882,300 | 87,377,602 | 88,882,505 | 90,397,070 | 91,921,361 |
| Frans | 168,502,038 | 200,734,453 | 204,574,791 | 208,439,787 | 212,329,599 | 216,244,387 | 220,184,310 | 224,149,531 | 228,140,211 | 232,156,514 | 236,198,606 | 240,266,650 | 244,360,814 | 248,481,266 |
| SGA | 244,092,893 | 85,474,611 | 87,109,863 | 88,755,614 | 90,411,933 | 92,078,886 | 93,756,542 | 95,444,970 | 97,144,239 | 98,854,419 | 100,575,579 | 102,307,791 | 104,051,124 | 105,805,651 |
| SGM | 591,352,806 | 791,449,354 | 806,590,917 | 821,829,699 | 837,166,325 | 852,601,424 | 868,135,628 | 883,769,573 | 899,503,899 | 915,339,251 | 931,276,278 | 947,315,632 | 963,457,971 | 979,703,956 |
| David - SGC | 175,242,905 | 179,557,234 | 182,992,422 | 186,449,666 | 189,929,108 | 193,430,890 | 196,955,157 | 200,502,052 | 204,071,721 | 207,664,310 | 211,279,966 | 214,918,837 | 218,581,072 | 222,266,821 |
| SGV | 1,057,212,911 | 1,369,276,315 | 1,395,472,537 | 1,421,836,957 | 1,448,370,657 | 1,475,074,722 | 1,501,950,248 | 1,528,998,334 | 1,556,220,088 | 1,583,616,627 | 1,611,189,072 | 1,638,938,552 | 1,666,866,204 | 1,694,973,172 |
| STCL | 365,344,873 | 514,696,244 | 524,543,122 | 534,453,224 | 544,426,956 | 554,464,728 | 564,566,949 | 574,734,033 | 584,966,398 | 595,264,462 | 605,628,648 | 616,059,379 | 626,557,083 | 637,122,190 |
| Suisse | 3,869 | 361,965,321 | 368,890,237 | 375,859,616 | 382,873,744 | 389,932,908 | 397,037,397 | 404,187,502 | 411,383,515 | 418,625,733 | 425,914,451 | 433,249,967 | 440,632,584 | 448,062,602 |
| Unassigned - SIBL | 65,984,845 | 82,869,995 | 84,455,417 | 86,051,018 | 87,656,865 | 89,273,022 | 90,899,556 | 92,536,534 | 94,184,022 | 95,842,089 | 97,510,801 | 99,190,228 | 100,880,438 | 102,581,500 |
| Unassigned - STCL OT | 12,235,222 | 13,870,361 | 14,135,711 | 14,402,774 | 14,671,552 | 14,942,056 | 15,214,297 | 15,488,286 | 15,764,034 | 16,041,553 | 16,320,853 | 16,601,947 | 16,884,846 | 17,169,561 |
| | 4,925,267,661 | 6,556,157,768 | 6,681,586,477 | 6,807,820,531 | 6,934,865,100 | 7,062,725,390 | 7,191,406,637 | 7,320,914,113 | 7,451,253,123 | 7,582,429,005 | 7,714,447,134 | 7,847,312,916 | 7,981,031,795 | 8,115,609,247 |
| | | | 125,428,709 | 126,234,054 | 127,044,570 | 127,860,290 | 128,681,247 | 129,507,476 | 130,339,010 | 131,175,882 | 132,018,128 | 132,865,782 | 133,718,879 | 134,577,453 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aruba | 2.083% | 125,428,709 | 251,662,763 | 378,707,333 | 506,567,622 | 635,248,870 | 764,756,346 | 895,095,355 | 1,026,271,238 | 1,158,289,366 | 1,291,155,148 | 1,424,874,027 | 1,559,451,480 |
| Bolsa y Banca | 0.085% | | | | | | | | | | | | |
| Casa | 0.230% | | | | | | | | | | | | |
| Luis | 0.957% | | | | | | | | | | | | |
| SGC | 39.520% | | | | | | | | | | | | |
| Panama | 0.329% | | | | | | | | | | | | |
| Peru | 0.754% | | | | | | | | | | | | |
| SFGC | 1.133% | | | | | | | | | | | | |
| Frans | 3.062% | | | | | | | | | | | | |
| SGA | 1.304% | | | | | | | | | | | | |
| SGM | 12.072% | | | | | | | | | | | | |
| David - SGC | 2.739% | | | | | | | | | | | | |
| SGV | 20.885% | | | | | | | | | | | | |
| STCL | 7.851% | | | | | | | | | | | | |
| Suisse | 5.521% | | | | | | | | | | | | |
| Unassigned - SIBL | 1.264% | | | | | | | | | | | | |
| Unassigned - STCL OT | 0.212% | | | | | | | | | | | | |
| | 100.0% | | | | | | | | | | | | |

# KVT-12

# STANFORD FINANCIAL GROUP

## <u>CONFIDENTIAL</u>

*Internal Audit Department –October 22, 2004*

# <u>Audit of  SIBL 3Q04</u>

**<u>Distribution:</u>**
Board of Directors - SIBL
Audit Committee - SIBL
Juan Rodriguez-Tolentino - SIBL
Miguel Pacheco - SIBL
Bhanoo Persaud - SIBL
Gil Lopez - SFGC
C.A.S. Hewlett

**<u>Audit Team:</u>**
Edmundo J. Posadas
Alberto A. Gonzalez

# EXECUTIVE SUMMARY

**OPINION:** Overall, we believe that the internal controls in place at Stanford International Bank Limited in Antigua are adequate and the balances in the financial statement accounts as of September 30th, 2004, fairly represent the results of the operations and the position of the company.

The verification included selective testing of the internal controls in place and the verification of the balances and their related supporting documents as presented on the financial statements.

We encountered no misstatements on the working papers or supporting documents as per our quarterly analysis and coverage. Any other relevant information or questionable items were resolved on site before completion of the fieldwork.

We appreciate the cooperation received from management that facilitated our review.

# SCOPE AND METHODOLOGY

Our audit focused on evaluating the effectiveness of internal controls of the financial reporting process, as well as the general internal controls found in the financial operations of the company. Our review and testing was performed as per the trial balance dated September 30th, 2004, on a preliminary status before any posted journal entries.

Among other things, during the audit process we reviewed and performed the following steps:

1. Tested the internal controls of the financial reporting in place at the bank.

2. Reviewed all balance sheet and income statement account balances in ledgers and sub-ledgers including testing of revenue and expense accounts.

3. Reviewed bank reconciliations, deposits in transit, wire transfers and outstanding checks for all accounts as of September 30th, 2004.

4. Reviewed the methodology for calculating depreciation of fixed assets as per the specifications on the calculation sheet.

5. Proper codification of accounts.

6. Reviewed inter-company billing transactions, supporting documents and current balances on account.

7. Reviewed accounts receivable and accounts payable aging schedules as of September 30th, 2004.

8. Reviewed fixed assets allocations and capitalization entries.

9. Reviewed all working papers issued by the SIBL accounting department, from schedule A to schedule P4.

10. Reviewed accounts payable by sample testing.

## ATTACHMENTS

**Audit Report** …………………………….………      **AA1**

**Balance Sheet and Income Statement** ……………      **AA2**

**Trial Balance** ………………………………………      **AA3**

## SUPPORTING DOCUMENTS

**Cash Summary**     ……..…………………………………      **AT.1**

**Advances to Customers and Other Accounts**……...…….….      **AT.2**

**Fixed Assets** ………………………..…………………      **AT.3**

**Accounts Payable** ……..………………………………..      **AT.4**

# Stanford Financial Group

To:    Stanford Financial Group Company
Attn:  Board of Directors

To:    Stanford International Bank Limited
Attn:  Audit Committee

To:    Stanford International Bank Limited
Attn:  Juan Rodriguez-Tolentino
Cc:    Miguel Pacheco
       Bhanoo Persaud

To:    Stanford Financial Group Company
Attn:  Gil Lopez

From:  Internal Audit Department

Date:  October 22, 2004

**Subject: Stanford International Bank Limited – 2004, 3rd Quarter Review**

---

Following are our comments related to the 3rd Quarter Review of the Financial Statements of Stanford International Bank Ltd., as of September 30th, 2004.

The analysis and its findings were performed and evaluated as per the preliminary balance sheet and income statement presented by the accounting department of SIBL at location. This evaluation was made in accordance with standard accounting practices and regulations and does not include the proposed adjustments made by SFGC and those applied by the accounting department of SIBL.

All amounts are expressed in US$.

**Please see attachment AA2**

Note: All tick marks in the attachments represent verification of balances in the general ledger and that they are in agreement with the sub-ledgers presented by the local accounting department.

**Reference guide per account.**

| Account | Status | Comments |
|---|---|---|
| **ASSETS** | | |
| Cash Account | In good order | N/A |
| Advances to Customers & Other Accounts | '' '' | '' |
| Investment Portfolio | '' '' | '' |
| Fixed Assets | '' '' | '' |
| **LIABILITIES** | | |
| Customer Deposits | In good order | N/A |
| Accounts Payable and Accruals | '' '' | '' |
| **SHAREHOLDER'S EQUITY** | | |
| Capital Stock Issued | In good order | N/A |
| Share Premium Account | '' '' | '' |
| Retained Earnings ( Deficit ) – Prior Year | '' '' | '' |
| Current Year Profit or ( Loss ) | '' '' | '' |
| **REVENUE** | | |
| Interest Income and Non Interest Income | In good order | N/A |
| Less: Interest Paid | '' '' | '' |
| Service Fee Activities | '' '' | '' |
| **EXPENSES** | | |
| Salaries and Other Staff Cost | In good order | N/A |
| Director's Emoluments | '' '' | '' |
| Bank Charges | '' '' | '' |
| Professional Fees | '' '' | '' |
| Office and General Expenses | '' '' | '' |
| Electricity and Water Charges | '' '' | '' |
| Telephone, Telex and Fax | '' '' | '' |
| Insurance Expense | '' '' | '' |
| Licenses & Permits | '' '' | '' |
| Rent | '' '' | '' |
| Depreciation | '' '' | '' |
| Repairs and Maintenance | '' '' | '' |

Advertising and Promotion             In good order        N/A
Travel and Accommodations                 ‹›    ‹›             ‹›
Subscriptions and Donations               ‹›    ‹›             ‹›

## **NET INCOME ( LOSS )**

Net Income ( Loss )                   In good order        N/A

## **CONTINGENCIES**

Contingencies                         In good order        N/A


**Please see attachment AA2**

## ASSETS

## CASH ACCOUNT

Total Balance on account          $  120,600,919.18          Account in good order

**Balance as of September 30th, 2004.**

Ledgers, sub-ledgers, bank statements, account reconciliations, letters of credit, transactions, currency rates and adjustments to accounts were reviewed as per the balances presented. The review performed covered all account balances and does not include <u>day-to-day</u> account operations from July 1st to September 30th, 2004. Deposits in transit and outstanding checks were also verified and reviewed. All observations and comments were resolved on site.

**Please see attachment AT.1**

## ADVANCES TO CUSTOMERS AND OTHER ACCOUNTS

Total Balance on account          $   39,551,405.12          Account in good order

In detail:

| | |
|---|---|
| Bank Advances to Customers | 29,309,912.08 |
| Prepaid Items | 5,479,743.64 |
| Accounts Receivable | 4,761,749.40 |
| | ------------------------ |
| Total $ | 39,551,405.12 |
| | ------------------------ |

**Please see attachment AT.2**

## INVESTMENT PORTFOLIO

Total Balance on account          $2,606,322,139.52          Account in good order

Investment account was expressed and recorded as per the summary analysis reported by the CFO office.

## FIXED ASSETS

Total balance on account      $   7,224,541.69      Account in good order

**Fixed assets allocations are as follows**:

| | |
|---|---:|
| Building | $   4,893,620.82 |
| Computer Software | 2,431,340.14 |
| Furniture & Fixtures | 739,588.61 |
| Leasehold Improvement | 2,865.00 |
| Machinery & Equipment | 312,483.30 |
| Vehicles | 502,047.88 |
| Artwork & Accessories | 56,786.39 |
| Land | 573,293.03 |
| Investment Property | 2,063,460.00 |
| Work in Progress | 52,835.67 |
| | |
| Allowance for Depreciation | ($   4,403,779.14) |
| | --------------------- |
| Total Fixed Assets | $   7,224,541.69 |
| | --------------------- |

Verified fixed asset accounts and the depreciation calculation schedule. All accounts are in good order.

**Please see attachment AT.3**


## LIABILITIES


## CUSTOMER DEPOSITS

Total balance on account      $2,606,613,788.17      Account in good order

**Please see attachments AA3**

## ACCOUNTS PAYABLE AND ACCRUALS

Total balance on account       $ 9,943,347.16      Account in good order

In detail as follows:

| | |
|---|---|
| Accounts Payable | $ 5,461,681.04 |
| Current Liabilities | 3,624,362.18 |
| Accrued Expenses | 856,237.01 |
| Employee Benefits Payable | 1,066.93 |
| | ------------------- |
| Total | $ 9,943,347.16 |
| | ------------------- |

**Please see attachments AT.4, AA3**

## SHAREHOLDER'S EQUITY

## SHAREHOLDER'S EQUITY

Shareholder's Equity       $157,141,870.00      Account in good order

**Please see attachments AA2, AA3**

## INCOME STATEMENT

### INTEREST INCOME

Total balance on account        $233,548,210.00        Account in good order

| | |
|---|---|
| Interest Income | $233,548,210.00 |
| Less Interest Paid | (117,196,650.00 ) |
| Less Service Fees | ( 86,467,379.00 ) |
| | ---------------------- |
| Total Int. and N/Int, Income | $ 29,884,181.00 |
| | ---------------------- |

Verified the profit and loss statement as per the presentation on the financial statements as of September 30th, 2004.

**Please see attachments AA2, AA3**

### OPERATING EXPENSES

Total balance on account        $ 7,770,930.00        Account in good order

Expressed in detail:

| | |
|---|---|
| Salaries and Other Staff Cost | 1,613,655.00 |
| Directors Emoluments | 45,000.00 |
| Bank Charges | 232,698.00 |
| Professional Fees | 704,181.00 |
| Office & Other General Expenses | 1,105,971.00 |
| Electricity & Water | 78,861.00 |
| Telephone and Telex | 433,937.00 |
| Insurance Expense | 800,255.00 |
| Licenses and Permits | 122,141.00 |
| Rent | 636,000.00 |
| Depreciation | 660,282.00 |
| Repairs and Maintenance | 168,859.00 |

| | | |
|---|---|---|
| Advertising and Promotion | 619,058.00 | |
| Travel and Accommodations | 533,350.00 | |
| Subscriptions and Donations | 16,683.00 | |
| | ------------------ | |
| Total Operating Expenses | $ 7,770,930.00 | |
| | ------------------ | |

**Please see attachments AA2, AA3**

## OPERATING PROFIT

| | | |
|---|---|---|
| Total balance on account | $29,884,181.00 | Account in good order |

| | |
|---|---|
| Net Income | 29,884,181.00 |
| Operating Expenses | ( 7,770,930.00 ) |
| | -------------------- |
| | $22,113,251.00 |
| | -------------------- |

**Please see attachments AA2, AA3**

## CONTINGENCIES

| | | |
|---|---|---|
| Total balance on account | $ 5,909,700.03 | Account in good order |

**Please see attachments AA2, AA3**

Verified all expense accounts on the income statement. They were correctly applied and posted to the financial statements. Overall, expenses are in good order.

All contents of this report were partially discussed with Stanford International Bank Management and the accounting department on location.

Should you have any additional questions or comments please so advise.

Regards,

Stanford Financial Group
Internal Audit Department