IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| Stanford International Bank, Ltd. | § | Case No.: 3-09-CV-0721-N |
| | § | |
| Debtor in a Foreign Proceeding | § | |

---

**APPENDIX IN SUPPORT OF
RECEIVER'S SUPPLEMENTAL BRIEF**

---

Dated:  December 5, 2011                    Respectfully submitted,

                BAKER BOTTS L.L.P.

                By: /s/ Kevin Sadler
                  Kevin Sadler
                  Texas Bar No. 17512450
                  kevin.sadler@bakerbotts.com
                  Scott D. Powers
                  Texas Bar No. 24027746
                  scott.powers@bakerbotts.com
                  David T. Arlington
                  Texas Bar No. 00790238
                  david.arlington@bakerbotts.com
                  1500 San Jacinto Center
                  98 San Jacinto Blvd.
                  Austin, Texas 78701-4039
                  (512) 322-2500
                  (512) 322-2501 (Facsimile)

                  Timothy S. Durst
                  Texas Bar No. 00786924
                  2001 Ross Avenue
                  Dallas, Texas 75201
                  (214) 953-6500
                  (214) 953-6503 (Facsimile)
                  tim.durst@bakerbotts.com

                **ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

**CERTIFICATE OF SERVICE**

On December 5, 2011, I electronically submitted the foregoing response with the clerk of court for the US District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Kevin M. Sadler
Kevin M. Sadler