IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § | |
| IN RE: | § § | |
| STANFORD INTERNATIONAL BANK, LTD., | § § § | Civil Action No. 3:09-CV-0721-N |
| Debtor in a Foreign Proceeding. | § | |

## ORDER

Before the Court is the Amended Joint Motion of the SEC, the Receiver, the Examiner, and the Official Stanford Investors Committee to Approve the Settlement Agreement and Cross-Border Protocol [Doc. 1793 in *SEC v. Stanford*, 09-CV-298, Doc. 189 in *In re: Stanford International Bank*, 09-CV-721]. The Court has reviewed the Motion, any responses and replies, and the applicable authorities. The Court finds the Motion to be well-taken. Therefore, the Motion shall be and is hereby GRANTED. It is therefore ORDERED that the Settlement Agreement and Cross-Border Protocol, entered into by and among the SEC, the Department of Justice, the Receiver, the Examiner, the Official Stanford Investors Committee, and the Joint Liquidators shall be and is hereby APPROVED. The parties to the

Settlement Agreement and Cross-Border Protocol are hereby authorized to perform in accordance with their rights and obligations as outlined in the Settlement Agreement and Cross-Border Protocol.

Signed April 11, 2013.

_____
David C. Godbey
United States District Judge